UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA CLARK, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>NORDIC NATURALS, INC.,<br><br>        Defendant. | Case No.  24-cv-04058-EKL   (SVK)<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 69 |

Now before the Court is the Parties' discovery dispute at Docket No. 69, which reflects a scheduling dispute regarding discovery responses. Judge Lee has now resolved pending motions and set a schedule. Plaintiff's request that Defendant's objections be deemed waived is **DENIED**. Defendant's discovery responses are due **August 18, 2025**.

    **SO ORDERED.**

Dated: August 12, 2025

SUSAN VAN KEULEN
United States Magistrate Judge